HERMAN LESHAY, et al., Appellants, *v.* GRESHAM REALTY COMPANY INC., et al., Respondents, and SIMON TOMASHOFF et al., Defendants.

Argued October 4, 1944; decided November 16, 1944.

*Jacob Lippman* for appellants.

*David L. Samuels* for Gresham Realty Company Inc., respondent.

*David M. Engelson* for Carnegie Plaza Apartment Corporation, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.